UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEREL HANDY,
*on behalf of CKaron Handy*

    Plaintiff

v.

HOUTZDALE PRISON, et al.,

    Defendants

CIVIL No. 3:19-cv-0201

(Judge Mariani)

## ORDER

**AND NOW**, this 13th day of March, 2019, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Disposition of Plaintiff's motion to proceed *in forma pauperis* will be left to the discretion of the transferee court.

                              Robert D. Mariani
                              United States District Judge